STATE OF NEW JERSEY v. ROBERT INSCHO.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LLOYD G. JACKSON.

. March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY I. SIRGUTZ.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN TERRY.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEOPOLDO BONILLA.

March 28, 1983.

Petition for certification denied.